DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL A. FLICKER** and **JOYCE FLICKER,**
Appellants,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-2419

[May 26, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE 18-011632 (03).

Joseph S. Kashi of Joseph S. Kashi, P.A., Plantation, for appellants.

Neil Rose and Stephen Berkovits of Bernstein, Chackman & Liss, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***